# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN JOHNSON,<br> *Plaintiff-Relator*,<br>vs.<br><br>CLARK COUNTY DETENTION CENTER,<br> *Defendant*. | 2:11-cv-00826-RLH-LRL<br><br>ORDER |

  Plaintiff, a detainee at the Clark County Detention Center, has filed an application (#1) to proceed *in forma pauperis* seeking to initiate a civil rights action.

  The application is incomplete. Plaintiff did not attach an inmate account statement. Both a financial certificate properly executed by an appropriate institutional officer and a statement of the plaintiff's inmate trust fund account for the past six months are required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2.

  IT IS THEREFORE ORDERED that the application to proceed *in forma pauperis* (#1) is DENIED and that this action shall be DISMISSED without prejudice to the filing of a new complaint in a new action together with a new pauper application with all required attachments. The Clerk of Court shall send plaintiff a copy of the papers filed along with the complaint and pauper forms and instructions. The Clerk further shall enter final judgment accordingly, dismissing this action without prejudice.

DATED: May 23, 2011

              _____
               ROGER L. HUNT
               United States District Judge